UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF DEL MAR, a California public entity,<br><br>                                    Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE ENTERPRISES, LLC , a Delaware limited liability company; and TIME WARNER CABLE PACIFIC WEST, LLC, a Delaware limited liability company.<br><br>                                    Defendants. | Case No.:  3:17-cv-00186-CAB-(NLS)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 39]** |

Having considered the parties' Joint Stipulation for Dismissal with Prejudice the above-captioned action per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion.  [Doc. No. 39.]  Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action.  All parties are to bear their own attorneys' fees and costs.  The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated:  February 28, 2018

Hon. Cathy Ann Bencivengo
United States District Judge

1